**Robert W. WILDBERGER, Jr., Petitioner,**

v.

**SMALL BUSINESS ADMINISTRATION, Respondent.**

No. 00–3319.

United States Court of Appeals, Federal Circuit.

DECIDED: March 7, 2001.

Before CLEVENGER and GAJARSA, Circuit Judges, PLAGER, Senior Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.